IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. PARDINI, pro se, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 05cv1381 |
| | ) | |
| BRENTWOOD BOROUGH, BRENTWOOD POLICE DEPARTMENT, KENNETH LOCKHART, ROBERT BUTELLI, DAVID FRANKENFIELD, GERALD MIKELONIS, BRANDON SHIELDS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

**AND NOW**, this 12th day of April, 2006, it appearing that Plaintiff was ordered on February 9, 2006, to file his response to Defendants' Motion to Dismiss, and it further appearing that the Court granted Plaintiff an extension of time to file said response to March 9, 2006, and it further appearing that Plaintiff has failed to submit any response, in violation of the Court's order,

It is hereby **ORDERED** that Plaintiff shall show cause on or before **April 24, 2006,** why the Court should not decide the motion to dismiss in the absence of his response or otherwise dismiss the case upon his failure to prosecute.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: John A. Pardini
2632 Monterey Drive
Pittsburgh, PA 15241

Suzanne B. Merrick, Esquire
Thomas, Thomas & Hafer LLP
Email: smerrick@tthlaw.com